IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00941-BNB

WAYNE ALLEN CARROLL,
Plaintiff,

v.

CHIEF R. FOOS,
MAJOR G. WILSON,
DEPUTY SRG. STGERMAN,
THE PEOPLE OF THE STATE OF COLORADO, and
CITY AND COUNTY OF DENVER, COLORADO,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 18 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Wayne Allen Carroll initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, an amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Prisoner Complaint. In an order filed on May 7, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Carroll to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland advised Mr. Carroll that the names in the caption of the complaint did not match the names in the text of the complaint and that he failed to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motions. Mr. Carroll was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On May 13, 2008, Mr. Carroll filed an amended Prisoner Complaint. On May 14, 2008, he filed a second amended Prisoner Complaint and two more motions seeking leave to proceed *in forma pauperis* in this action. However, all of the *in forma pauperis* motions remain deficient because Mr. Carroll has failed to submit a certified copy of his inmate trust fund account statement in support of those motions as directed and as required pursuant to 28 U.S.C. § 1915(a)(2). Mr. Carroll also has failed to cure the deficiency regarding the names in the caption of his complaint. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint, the amended complaint, the second amended complaint, and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 are denied as moot.

DATED at Denver, Colorado, this 17 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00941-BNB

Wayne Allen Carroll
Prisoner No. 1577160
Denver County Jail
PO Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/18/8

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk